[No. 9471–5–III.   Division Three.   February 13, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTONIO M. BARBOZA, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 87–1–00208–2, Clinton J. Merritt, J., entered July 8, 1988. *Affirmed* by unpublished opinion per Shields, J., concurred in by Munson, C.J., and Thompson, J.

[No. 11633–2–II.   Division Two.   February 13, 1990.]

STANLEY J. TROHIMOVICH, *Appellant,* v. THE CITY OF ABERDEEN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Thurston County, No. 87–2–01751–3, Carol A. Fuller, J., entered December 7, 1987. *Affirmed* by unpublished per curiam opinion.

[No. 12316–9–II.   Division Two.   February 13, 1990.]

DONALD E. WILHITE, *Respondent,* v. MARY A. OSMER, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 85–2–00654–4, Karen B. Conoley, J., entered September 9, 1988. *Affirmed* by unpublished per curiam opinion.